United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
William Anthony McKinney
Lisa Anne McKinney
    Debtors

Case No. 13-20115-ref
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4      User: Lisa      Page 1 of 1      Date Rcvd: Sep 23, 2016
Form ID: trc      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 25, 2016.
13291418      +Citibank, N.A.,      701 East 60th Street North,      Sioux Falls, SD 57104-0493

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.      TOTAL: 0

    ***** BYPASSED RECIPIENTS *****
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 25, 2016      Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 22, 2016 at the address(es) listed below:
     DAVID W. TIDD     on behalf of Joint Debtor Lisa Anne McKinney bankruptcy@davidtiddlaw.com
     DAVID W. TIDD     on behalf of Debtor William Anthony McKinney bankruptcy@davidtiddlaw.com
     FREDERICK L. REIGLE     ecfmail@fredreiglech13.com,    ecf_frpa@trustee13.com
     HOWARD GERSHMAN     on behalf of Creditor    CAB East, LLC/Ford Motor Credit Company, LLC
      hg229ecf@gmail.com,    229ecf@glpoc.comcastbiz.net
     JOSHUA ISAAC GOLDMAN     on behalf of Creditor    Green Tree Servicing LLC bkgroup@kmllawgroup.com,
      bkgroup@kmllawgroup.com
     LESLIE J. RASE     on behalf of Creditor    OCWEN LOAN SERVICING, LLC pabk@logs.com,    lerase@logs.com
     LISA MARIE CIOTTI     on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
      ecf_frpa@trustee13.com
     United States Trustee     USTPRegion03.PH.ECF@usdoj.gov
     TOTAL: 8

**2100 B (12/15**)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 13-20115-ref
Chapter 13

In re: Debtor(s) (including Name and Address)

| | |
|---|---|
| William Anthony McKinney<br>1430 S. Jefferson St.<br>Allentown PA 18103 | Lisa Anne McKinney<br>1430 S. Jefferson St.<br>Allentown PA 18103 |

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 09/22/2016.

Name and Address of Alleged Transferor(s):

Claim No. 14: Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57117

Name and Address of Transferee:

Quantum3 Group LLC as agent for
MOMA Funding LLC
PO Box 788
Kirkland, WA 98083-0788

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   09/25/16

Tim McGrath
**CLERK OF THE COURT**