# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: William Anthony McKinney and Lisa Anne McKinney<br><br>            <u>Debtor(s)</u> | CHAPTER 13<br><br>BKY. NO. 13-20115 REF |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of Green Tree Servicing LLC, as Servicer, and index same on the master mailing list.

Re: Loan # Ending In: 4840

                                Respectfully submitted,

                                **/s/Thomas Puleo, Esquire**
                                Thomas Puleo, Esquire
                                Brian C. Nicholas, Esquire
                                KML Law Group, P.C.
                                701 Market Street, Suite 5000
                                Philadelphia, PA 19106-1532
                                (215) 825-6306  FAX (215) 825-6406