United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
William Anthony McKinney  
Lisa Anne McKinney  
     Debtors

Case No. 13-20115-ref  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-4        User: admin        Page 1 of 2        Date Rcvd: Mar 01, 2019  
                      Form ID: 3180W        Total Noticed: 18

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 03, 2019.

```
db/jdb        +William Anthony McKinney,    Lisa Anne McKinney,    1430 S. Jefferson St.,
                Allentown, PA 18103-3829
smg           +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
                Allentown, PA 18101-1603
smg            City Treasurer,    Eighth and Washington Streets,    Reading, PA 19601
smg           +Dun & Bradstreet, INC,    3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg           +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg           +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
13242091      +ALTAIR OH XIII, LLC,    C O WEINSTEIN, PINSON, AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
                SEATTLE, WA 98121-3132
13211314      +PNC BANK,    PO BOX 94982,    CLEVELAND, OHIO 44101-4982
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 02 2019 03:23:32
                Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Mar 02 2019 03:24:13      U.S. Attorney Office,
                c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13279449       EDI: AIS.COM Mar 02 2019 08:08:00      American InfoSource LP as agent for,    Verizon,
                PO Box 248838,    Oklahoma City, OK  73124-8838
13304263       EDI: BL-BECKET.COM Mar 02 2019 08:13:00      Capital One, N.A.,    c o Becket and Lee LLP,
                POB 3001,    Malvern, PA 19355-0701
13202047       EDI: DISCOVER.COM Mar 02 2019 08:13:00      Discover Bank,    DB Servicing Corporation,
                PO Box 3025,    New Albany, OH  43054-3025
13199505       EDI: FORD.COM Mar 02 2019 08:08:00      Ford Motor Credit Company LLC,    Dept 55953,
                P O Box 55000,    Detroit MI  48255-0953
13251816       EDI: PRA.COM Mar 02 2019 08:08:00      Portfolio Recovery Associates, LLC,    POB 41067,
                Norfolk VA 23541
13230843       EDI: Q3G.COM Mar 02 2019 08:08:00      Quantum3 Group LLC as agent for,    Comenity Bank,
                PO Box 788,    Kirkland, WA 98083-0788
13242285       EDI: Q3G.COM Mar 02 2019 08:08:00      Quantum3 Group LLC as agent for,    MOMA Funding LLC,
                PO Box 788,    Kirkland, WA 98083-0788
13222739       EDI: WFFC.COM Mar 02 2019 08:13:00      Wells Fargo Bank, N.A.,    PO Box 10438,
                Des Moines, IA 50306-0438
                                                                                               TOTAL: 10
```

```
          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13795595*        Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,    Kirkland, WA 98083-0788
                                                                                TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 03, 2019                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 28, 2019 at the address(es) listed below:

```
              DAVID W. TIDD    on behalf of Joint Debtor Lisa Anne McKinney bankruptcy@davidtiddlaw.com
              DAVID W. TIDD    on behalf of Debtor William Anthony McKinney bankruptcy@davidtiddlaw.com
              HOWARD  GERSHMAN    on behalf of Creditor   CAB East, LLC/Ford Motor Credit Company, LLC
               hg229ecf@gmail.com, 229ecf@glpoc.comcastbiz.net
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor   Green Tree Servicing LLC bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              LESLIE J. RASE    on behalf of Creditor   OCWEN LOAN SERVICING, LLC pabk@logs.com, lerase@logs.com
              LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
```

```
District/off: 0313-4          User: admin              Page 2 of 2            Date Rcvd: Mar 01, 2019
                              Form ID: 3180W           Total Noticed: 18
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
         SCOTT   WATERMAN    ECFmail@fredreiglech13.com,  ECF_FRPA@Trustee13.com
         THOMAS I. PULEO    on behalf of Creditor   Green Tree Servicing LLC tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                                                                TOTAL: 9

| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | **William Anthony McKinney** | Social Security number or ITIN **xxx–xx–3217** |
| | First Name    Middle Name    Last Name | EIN _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Lisa Anne McKinney** | Social Security number or ITIN **xxx–xx–2072** |
| | First Name    Middle Name    Last Name | EIN _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **Eastern District of Pennsylvania** | |
| Case number: | **13–20115–ref** | |

# Order of Discharge    12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

William Anthony McKinney
aka William McKinney

Lisa Anne McKinney
aka Lisa McKinney, aka Lisa Pudliner

2/28/19

**By the court:**    Richard E. Fehling
United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**